UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WANXIA LIAO,　　　　　　　　　　　　　　　No. C 11-2494 DMR

　　　　　Plaintiff,　　　　　　　　　　　　　　**ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORM**

　　v.

UNITED STATES OF AMERICA ET AL,

　　　　　Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

The complaint in the above-entitled action was filed on May 23, 2011. This case has been assigned to Magistrate Judge Donna M. Ryu to conduct all further proceedings and to order the entry of final judgment upon the consent of all parties in the case. A signed consent to the jurisdiction of the Magistrate Judge must be filed by all parties before Magistrate Judge Ryu will consider the merits of plaintiff's case or any motion filed by a party.

Pursuant to Civil Local Rule 73-1, the parties must either file written consent to the jurisdiction of the Magistrate Judge, or request reassignment to a District Judge, by the deadline for filing the initial case management statement, which in this case is August 24, 2011. Accordingly, **the parties are instructed to sign and file the enclosed consent or declination form by no later than August 24, 2011**, indicating whether they consent to the jurisdiction of the Magistrate Judge in this matter.

IT IS SO ORDERED.

Dated: August 18, 2011

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DONNA M. RYU
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WANXIA LIAO,                                                        No.  C 08-02776 DMR

       Plaintiff,                                          **CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

  v.

UNITED STATES OF AMERICA ET AL,

       Defendants.
_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____       _____
                                                                   Signature

                                                                   Counsel for _____
                                                                   (Name or party or indicate "pro se")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANXIA LIAO, | No. C 08-02776 DMR |
| Plaintiff, | |
| v. | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| | **AND** |
| UNITED STATES OF AMERICA ET AL, | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Defendants. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____     _____
                                                                        Signature

                                                                        Counsel for _____
                                                                        (Name or party or indicate "pro se")