IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANXIA LIAO, | No. C 11-02494 JSW |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE** |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

The Court has received Plaintiff's request to appear by telephone at the hearing scheduled for April 6, 2012 at 9:00 a.m. The Court GRANTS that request. Plaintiff shall file a notice of a land line telephone at which she may be reached by no later than Wednesday, April 4, 2012.

**IT IS SO ORDERED.**

Dated: March 28, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE