IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANXIA LIAO,<br><br>              Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>              Defendants.<br> _____ / | No. C 11-02494 JSW<br><br>**ORDER RE PLAINTIFF'S**<br>**LETTER DATED MARCH 30, 2012** |

The Court has received Plaintiff's letter dated March 30, 2012, regarding this Court's order permitting her appearance by telephone at the hearing scheduled for April 6, 2012 at 9:00 a.m.. Plaintiff must supply the Court's Courtroom Deputy with a direct telephone number that the Court can use to telephone her when it is ready to call the case. The Court will advise all parties of how it conducts hearings at the start of the hearing. Finally, there will be a court reporter present to transcribe the hearing, which will be the official record of the proceeding. Plaintiff shall not record the proceeding on her own.

**IT IS SO ORDERED.**

Dated: April 2, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE