IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANXIA LIAO,<br><br>             Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>             Defendants. | No. C 11-02494 JSW<br><br>**ORDER RE PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE AND UNITED STATES' OBJECTIONS THERETO** |

The Court has received Plaintiff's Request for Judicial Notice and the United States' objections thereto. Under Local Rule 7-3(d), "[o]nce a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval, except" when new evidence is submitted in a reply brief or when a relevant judicial opinion is published after the opposition or reply is filed. However, in either situation, no new argument is to be included. Plaintiff's request for judicial notice does not fall within either exception, and Plaintiff did not seek leave of court to file that document. The United States' objections also contains additional argument on the motion and, thus, also fails to comply with Local Rule 7-3(d). However, because Plaintiff is appearing *pro se*, the Court shall accept her filing, and shall also consider the United States' response thereto. **The Court, however, shall not consider any further materials submitted in support or in opposition to the pending motions, unless the party seeking to file such materials seeks and obtains leave of court to do so.**

**IT IS SO ORDERED.**

Dated: April 3, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE