IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANXIA LIAO,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>        Defendants. | No. C 11-02494 JSW<br><br>**ORDER VACATING HEARINGS** |

On April 3, 2012, Plaintiff filed an Emergency Request for Disposition of Motions on Written Submissions, in which she asks that the Court rule on the pending motions without holding a hearing. The Court has reviewed the parties' papers and the relevant legal authority, and finds that the matters are suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the Court shall GRANT Plaintiff's Emergency Request. The Court VACATES the motion hearing scheduled for April 6, 2012 at 9:00 a.m., and it shall issue written rulings on the motions in due course.

**IT IS SO ORDERED.**

Dated: April 3, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE